JS-6

Glenn R. Kantor - SBN 122643
gkantor@kantorlaw.net
Alan E. Kassan - SBN 113864
akassan@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, California, 91324
Telephone:  (818) 886-2525
Facsimile:  (818) 350-6272
Attorneys for Plaintiff, Margaret Maughan

Martin E. Rosen - SBN108998
mrosen@bargerwolen.com
Misty A. Murray - SBN196870
mmurray@bargerwolen.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: (213) 680-2800
Facsimile: (213) 614-7399
Attorneys for Defendant United of Omaha Life Insurance Company

David R. Johanson - SBN 164141
David.Johanson@jacksonlewis.com
Monica Patel - SBN 281786
Monica.Patel@jacksonlewis.com
JACKSON LEWIS LLP
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430
Attorneys for Defendant
TRL Systems, Inc. Life Insurance Plan

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MARGARET MAUGHAN,<br><br>              Plaintiff,<br><br>      v.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY;  TRL SYSTEMS, INC., LIFE INSURANCE PLAN,<br><br>              Defendants. | Case No.: EDCV13-00205 VAP SPx<br><br>**[PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

---

1

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL
OF ENTIRE ACTION WITH PREJUDICE

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice. Each party shall bear its own fees and costs.

DATED: April 4, 2014

*[signature: Virginia A. Phillips]*

Hon. Virginia A. Phillips
United States District Court Judge

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525